| United States District Court | Southern District of New York | No. 1:19-cv-02472-RA |
|---|---|---|

**GATEGUARD, INC.,**

          *Plaintiff,*

-against-

**MVI SYSTEMS LLC and SAMUEL TAUB,**

          *Defendants.*

**Affidavit of Service**
FisherBroyles LLP.
445 Park Ave. 9th Floor
New York, NY 10022
(646) 494-6909

Suffolk County, State of: New York, <u>Dan Hamilton</u>, being sworn says:
Deponent is not a party herein; is over the age of 18 years and resides in the State of <u>New York</u>
On <u>**April 4, 2019**</u> at <u>**9:08 AM**</u> at <u>**2607 Nostrand Ave. Brooklyn, NY 11210**</u>
Deponent completed conspicuous service of a true copy of the <u>**Summons and Complaint with Exhibit A and Order and Notice of Initial Conference attached.**</u>
On: <u>**MVI Systems LLC**</u> (herein after called the recipient) therein named.

Deponent further made prior diligent efforts to effect personal service upon the recipient at the above address to wit: 3/22/19, 1:33 PM; 3/27/19, 9:49 AM, 4/2/19, 3:55 PM; 4/4/19, 9:07 AM.

During each attempt to serve, deponent went to the front door of the business during regular business hours. Deponent knows this to be the actual place of business for the recipient as verified by the recipient's website as well as verbal confirmations by several individuals who work at the same address as the recipient.
On three of the four attempts noted above, deponent was given access to the recipient's office by people who lease space in the same building. Each one of those people (two from a law firm on the same floor as the recipient, and one man who works for a company in the basement) told deponent that the recipient generally keeps normal business hours, however, each time deponent attempted to serve papers there was not a single employee of the recipient visible and in fact, the company's offices, cubicles and front desk were vacant and most of the lights were off. On deponent's final attempt to serve, a man who works in the basement, "John Doe" (declined true name) let deponent in, confirmed he was standing in the recipient's reception area, and walked down the hallway calling "Sammy!" When he returned and told deponent "Sammy's not in yet" Deponent asked him if that was owner, Samuel Taub, to which John Doe gave a positive reply. Deponent explained to John Doe that he had been there several times and was serving said documents upon MVI as he conspicuously placed them on the recipient's reception desk. John Doe told deponent "I'll make sure Sammy gets it when he gets in." The desk is described as rounded white formica with a gold top and is situated to the left of the lobby of the recipient's office and the recipient's name appears in large letters on the wall behind the front desk.

Deponent further states that on April 5, 2019 at 11:55 AM, he deposited into the care and custody of the United States Post Office another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the recipient at the above address via regular first class mail marked "personal and confidential" and with no indication on the outside of the envelope that the communication is from an attorney or concerns any legal action.

Sworn to before me on    4/9/19

                                                Dan Hamilton, NYC DCA #1131952

Michael Daniel Sharp
Notary Public, State of New York
No.02SH6261323
Qualified in New York County
Commission Expires 5/14/2020

**AFFIDAVIT OF SERVICE**

INDEX #: 1:19-CV-02472
RETURN DATE: 05/31/19 @ 2:30 PM
ATTORNEY: FISHERBROYLES, LLP
445 PARK AVENUE 9TH FLOOR NEW YORK NY 10022 (212)679-6312

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

GATEGUARD, INC.
Plaintiff(s)

- against -

MVI SYSTEMS LLC, ET AL
Defendant(s)

STATE OF NEW YORK:
COUNTY OF ALBANY:   ss:

STEF MARIE, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **04/09/2019, 01:08PM** at **99 WASHINGTON AVENUE, 6TH FLOOR, ALBANY, NEW YORK 12231**, deponent served a **SUMMONS IN A CIVIL ACTION, COMPLAINT AND ORDER AND NOTICE OF INITIAL CONFERENCE** upon **MVI SYSTEMS LLC**, a defendant in the above captioned matter.

Deponent served **AMY LESCH**, a person authorized by the **NEW YORK** Secretary of State to accept service of process, with **2 copies** of the above described papers and the statutory fee of **$40.00** pursuant to section **303** of the **NY LIMITED LIABILITY COMPANY LAW**.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex **F**   Approximate age **56**   Approximate height **5'07"**   Approximate weight **190**   Color of skin **WHITE**   Color of hair **BLONDE**   Other **GLASSES**

Sworn to before me on 04/10/2019
JILL DOCHERTY  NO. 01DO6373160
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES ON APRIL 2, 2022

X *S. Marie*
STEF MARIE

DAN HAMILTON- PROFESSIONAL PROCESS SERVER
7 MONTANA PLACE  HUNTINGTON STATION, NY 11746 (516)457-9797



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| GateGuard, Inc. <br><br> *Plaintiff(s)* <br> v. <br> MVI Systems LLC; <br> Samuel Taub <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:19-cv-02472 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MVI Systems LLC
2607 Nostrand Avenue
Brooklyn, NY 11210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ariel Reinitz
FisherBroyles, LLP
445 Park Avenue, Ninth Floor
New York, NY 10022
ariel.reinitz@fisherbroyles.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 3/21/2019 /s/ J. Gonzalez
*Signature of Clerk or Deputy Clerk*