# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GATEGUARD, INC., *Plaintiff*, v. MVI SYSTEMS LLC; SAMUEL TAUB, *Defendants.* | Case No. 1:19-cv-02472 (RA) RULE 7.1 STATEMENT |

Pursuant to Fed. R. Civ. P. 7.1, Defendant MVI SYSTEMS LLC states that: it is a corporate entity; it has no parent corporation; and no publicly held corporation owns more than 10% of its stock.

Date: New York, New York
     July 1, 2019

Respectfully submitted,

**OSTROLENK FABER LLP**

/s/ *Max Moskowitz*
Max Moskowitz
Ariel Peikes
845 Third Avenue
New York, New York 10022
Telephone: (212) 596-0500
Facsimile: (212) 382-0888
mmoskowitz@ostrolenk.com
apeikes@ostrolenk.com

*Attorneys for Defendants*

{02423460.1}