**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

GATEGUARD, INC.,

       *Plaintiff,*

     v.

MVI SYSTEMS LLC; SAMUEL TAUB,

       *Defendants.*

Case No. 1:19-cv-02472 (RA)

---

**NOTICE OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT,**
**ALTERNATIVELY FOR SUMMARY JUDGMENT RELATIVE TO ALL COUNTS**

**PLEASE TAKE NOTICE** that upon (i) the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint, Alternatively for Summary Judgment and (ii) the Declaration of Defendant Samuel Taub, dated July 1, 2019, and exhibits attached thereto, and (iii) the Declaration of David Smith, dated July 1, 2019, the undersigned will move this Court before the Honorable Ronnie Abrams, United States District Judge, in Courtroom 1506, 40 Foley Square, New York, New York 10007 at a date and time to be determined by the Court, for an order pursuant to Rules 12(b)(6) and 56 of the Federal Rules of Civil Procedure dismissing the Amended Complaint (Dkt. # 20) or, alternatively, granting summary judgment, in the above-captioned action in its entirety and with prejudice, and for other and further relief the Court may deem just and proper.

{02423447.1}

Date: New York, New York    Respectfully submitted,
   July 1, 2019

           **OSTROLENK FABER LLP**

           /s/ *Max Moskowitz*
           Max Moskowitz
           Ariel Peikes
           845 Third Avenue
           New York, New York 10022
           Telephone: (212) 596-0500
           Facsimile: (212) 382-0888
           mmoskowitz@ostrolenk.com
           apeikes@ostrolenk.com

           *Attorneys for Defendants MVI Systems LLC*
           *and Samuel Taub*

{02423447.1}