UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GATEGUARD, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MVI SYSTEMS LLC; SAMUEL TAUB, <br><br> *Defendants*. | Case No. 1:19-cv-02472 (RA) |

**DECLARATION OF DAVID SMITH**

David Smith, affirming the following to be true under penalty of perjury, deposes and says:

1. I am a software developer with extensive experience in full project, life-cycle software application development in various industries. My experience includes a decade at Goldman Sachs and as a software contractor for the United States Army. I developed award-winning software and managed hardware deployment for performance and cost reductions.

2. I am Chief Technology Officer (CTO) at the Defendant MVI Systems LLC ("MVI") and submit this Declaration in support of MVI's Motion to Dismiss the above-identified action or alternatively, for summary judgement.

3. I commenced my employment at MVI in October of 2016. At that time, MVI, a startup company, had already raised substantial investment capital to retain my services and in helping MVI develop what I will refer to below as the MVI "smart intercom" system, which can be thought of as being a highly sophisticated, software-laden, computer-based user panel that is

{02422719.1}

intended to automate and substantially emulate the services that would typically be provided by a doorman at a multi-dwelling residential building or a large business facility, and much more.

4. At the time that I joined MVI, in October 2016, MVI's founder and technologist, Samuel Taub, had already laid out all of the major physical and functional components of the MVI smart intercom system, including the various software blocks thereof, the functionalities thereof, and its key concepts, all in a form ready to be implemented in hardware and in software.

5. I am aware that in the present lawsuit, GateGuard contends that MVI's smart intercom system incorporates features and software, alleged to include GateGuard's proprietary software and hardware designs, component configurations, circuit board designs, communication interface/port configurations, power supply/relay designs, sensor integrations, water/HVAC/electric monitoring capabilities and other alleged trade secret component configuration application and technical features, all allegedly derived from GateGuard.

6. At the time that I was retained by MVI, MVI already mapped out the software of its smart intercom, had signed contract with a software development company called Surge LLC to computer code the needed functions and had expended numerous hours and tens of thousands of dollars at Surge LLC to develop and complete that software.

7. Regardless, I categorically state, based on my intimate and complete knowledge of the software and functionalities of MVI smart intercom, that I know of no single functional feature, not even a single line of software code, or any circuit board design, or anything constituting hardware or software to have originated from GateGuard.

8. Software development and coding are individualistic processes, in the sense that no two people writing computer code for even the same functionality are likely to create the same software sequence, organization and flow.

9. Based on that, I am absolutely certain and believe it to be downright impossible that one could find any correlation between the sequence, organization and flow of the software in MVI's smart intercom or its hardware to that of GateGuard's (about which I admit to know very little).

10. Indeed, I never examined or considered GateGuard's intercom system (other than being generally aware that GateGuard exists, advertises certain features and seeing a GateGuard system being exhibited at industry trade shows).

I declare that the foregoing is true under penalty of perjury.

Dated: July 1, 2019

*David Smith*
_____
David Smith