USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/3/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GATEGUARD, INC.,

                Plaintiff,

v.

MVI SYSTEMS LLC and SAMUEL TAUB,

                Defendants.

No. 19-CV-2472 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court will have a conference to discuss Defendants' pending motion to dismiss on January 9, 2020 at 2:00 p.m. in Courtroom 1506 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

SO ORDERED.

Dated:    January 3, 2020
            New York, New York

_____
Ronnie Abrams
United States District Judge