

# FISHERBROYLES
A LIMITED LIABILITY PARTNERSHIP

Ariel Reinitz
Partner
445 Park Avenue
Ninth Floor
New York, NY 10022

Direct: 646.494.6909
ariel.reinitz@fisherbroyles.com

January 4, 2020

**VIA ECF**

Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007



USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/6/20

Re: *GateGuard, Inc. v. MVI Systems LLC; Samuel Taub*
Case No.: 1:19-cv-02472-RA

Dear Judge Abrams:

I represent Plaintiff GateGuard, Inc. ("Plaintiff") in the referenced action and write regarding the Court's January 3, 2020 Order scheduling a conference for January 9, 2020 (Dkt. 40).

Due to several prior commitments, I am unable to attend the conference as scheduled. I respectfully request that the conference be rescheduled for January 10, 2020 or for another date the following week (week of January 13).

I have reached out to opposing counsel regarding this request but have not yet received a reply.

Respectfully submitted,
By: /s/ Ariel Reinitz
Ariel Reinitz

cc: Counsel of Record (via ECF)

Application granted. The conference scheduled for January 9, 2020 is adjourned to January 13, 2020 at 10:30 a.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
January 6, 2020