# THE ENGEL LAW GROUP, PLLC

280 Madison Avenue – Suite 705
New York, NY 10016
Telephone: (212) 665-8095    Email: aee@elgpllc.com    Facsimile: (888) 364-3564

January 10, 2020

**BY ECF**

Hon. Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

MEMO ENDORSED

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/10/20

Re:   *GateGuard, Inc. v. MVI Systems LLC* (19-cv-2472)

Dear Judge Abrams,

I represent the Defendants in the above-referenced action and write today to request a brief adjournment of the conference currently set for January 13 at 10:30 a.m.

The basis of my request is that I have a previously scheduled settlement conference in another matter on January 13 at 10:00 a.m. that I am unable to move. My opposing counsel in that case had requested an adjournment of that conference, to which I had consented, but earlier today the Judge personally called each party's counsel and informed them that he was denying the request, and that if they and their respective clients were not at the settlement conference as scheduled their pleadings would be stricken from the docket.

This Court originally set the conference regarding the Defendants' motion to dismiss for January 9, in an Order issued January 3. Plaintiff's counsel thereafter requested a brief adjournment, which I did not oppose and which was granted by the Court, resulting in the currently scheduled date of January 13.

I have conferred with both the Court and Plaintiff's counsel regarding a rescheduled time and date, and with the consent of Plaintiff's counsel request that the conference be reset to **Wednesday January 15th**, at any time convenient for the Court.

Respectfully Submitted,

Adam E. Engel
Attorney for Defendants

Cc:   All Counsel of Record by ECF

Application granted. The conference scheduled for January 13, 2020 is adjourned to January 15, 2020 at 2:00 p.m. No further adjournments will be granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
January 10, 2020