**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 1/27/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GATEGUARD, INC.,

Plaintiff,

v.

MVI SYSTEMS LLC and SAMUEL TAUB,

Defendants.

No. 19-CV-2472 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On January 24, 2020, in response to the Court's order, the parties filed a proposed revised case management plan (the "CMP"). Dkt. 45. Per the Court's order, the CMP states that Plaintiff's amended complaint is due by February 13, 2020. The CMP proposes, however, that Defendant's answer to the amended complaint shall be due July 13, 2020.

No later than January 29, 2020, the parties shall file a letter explaining why the parties have proposed the extended deadline of July 13, 2020 for Defendants to file an answer, particularly in light of the fact that fact discovery is to be completed no later than June 15, 2020.

SO ORDERED.

Dated:     January 27, 2020
           New York, New York

Ronnie Abrams
United States District Judge