INDEX #: **1:19-CV-02472**
DATE FILED: **2/25/2020**
ATTORNEY: **FISHERBROYLES, LLP**
**445 PARK AVENUE 9TH FLOOR NEW YORK NY 10022 (212)679-6312**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

**GATEGUARD, INC.**
Plaintiff(s)
- against -
**MVI SYSTEMS LLC;**
**SAMUEL TAUB;**
**MVI INDUSTRIES, LLC**
Defendant(s)

**STATE OF NEW YORK:**
**COUNTY OF ALBANY:**     ss:

STEF MARIE, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **03/03/2020, 03:51PM** at **99 WASHINGTON AVENUE, 6TH FLOOR, ALBANY, NEW YORK 12231**, deponent served a **SUMMONS IN A CIVIL ACTION AND SECOND AMENDED COMPLAINT WITH EXHIBITS A-D** upon **MVI INDUSTRIES, LLC**, a defendant in the above captioned matter.

Deponent served **NANCY DOUGHERTY**, a person authorized by the **NEW YORK Secretary of State** to accept service of process, with **2 copies** of the above described papers and the statutory fee of **$40.00** pursuant to section **303** of the **NY LIMITED LIABILITY COMPANY LAW**.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex **F**     Approximate age **60**     Approximate height **5'03"**     Approximate weight **123**     Color of skin **WHITE**     Color of hair **BROWN**

Sworn to before me on 03/04/2020
JILL DOCHERTY  NO. 01DO6373160
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES ON APRIL 2, 2022

X _S. Marie_
STEF MARIE

**DAN HAMILTON- PROFESSIONAL PROCESS SERVER**
**7 MONTANA PLACE  HUNTINGTON STATION,  NY 11746 (516)457-9797**