MOSKOWITZ & BOOK, LLP
345 Seventh Avenue, 21st Floor
New York, New York 10001
(212) 221-7999
dstein@mb-llp.com

*Attorneys for Defendant MVI Industries, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GATEGUARD, INC., | ECF CASE |
| Plaintiff, | Civil Action No. 1:19-cv-02472 (RA) |
| v. | **NOTICE OF MOTION** |
| MVI SYSTEMS LLC, SAMUEL TAUB, and MVI INDUSTRIES, LLC, | |
| Defendants. | |

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law in Support of Defendant MVI Industries, LLC's Motion to Dismiss the Second Amended Complaint, dated May 22, 2020, and the Certification of David A. Stein, dated May 22, 2020, and the exhibits thereto, defendant MVI Industries, LLC will move this Court, before the Honorable Ronnie Abrams, U.S.D.J., in the United States Courthouse, Southern District of New York, 40 Foley Square, Courtroom 1506, New York, New York 10007, on such day when counsel may be heard, for an Order, pursuant to Fed. R. Civ. Pro. Rule 12(b)(1) and (b)(6), and Rule 9(b), dismissing with prejudice the Second Amended Complaint of plaintiff GateGuard, Inc. filed in this action, and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
       May 22, 2020

                                      Respectfully submitted,

                                      **MOSKOWITZ & BOOK, LLP**

                                      By: s/ *David A. Stein*
                                            David A. Stein (DS 1631)
                                      345 Seventh Avenue, 21st Floor
                                      New York, New York 10001
                                      (212) 221-7999
                                      dstein@mb-llp.com

                                      *Attorneys for Defendant MVI Industries, LLC*

To: Clerk of Court
     All Counsel of Record

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd of May 2020, a copy of the foregoing was served via email through the CM/ECF system on:

>Ariel Reinitz, Esq.
>FISHERBROYLES, LLP
>445 Park Avenue, Ninth Floor
>New York, New York 10022
>Email:  Ariel.Reinitz@FisherBroyles.com
>*Attorneys for Plaintiff GateGuard, Inc.*
>
>Adam Engel, Esq.
>The Engel Law Group, PLLC
>280 Madison Avenue, Suite 705
>New York, NY 10016
>Email:  arr@elgpllc.com
>*Attorneys for Defendants MVI Systems LLC and Samuel Taub*

>>*/s/David A. Stein*
>>David A. Stein