THE ENGEL LAW GROUP, PLLC
280 Madison Avenue – Suite 705
New York, NY 10016
(212) 665-8095
aee@elgpllc.com

*Attorneys for Defendants MVI Systems and Samuel Taub*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GATEGUARD, INC., <br><br> Plaintiff, <br><br> - against - <br><br> MVI SYSTEMS LLC; SAMUEL TAUB; and MVI INDUSTRIES, LLC <br><br> Defendants. | Civil Action No.: 19-cv-02472 (RA) <br><br><br> **NOTICE OF MOTION** <br><br><br> ORAL ARGUMENT REQUESTED |

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law in Support of Defendant MVI Systems LLC's and Samuel Taub's Motion to Dismiss the Second Amended Complaint, dated May 22, 2020, and the Declaration of Adam Engel, dated May 22, 2020, and the exhibit thereto, defendants MVI Systems LLC and Samuel Taub will move this Court, before the Honorable Ronnie Abrams, U.S.D.J., in the United States Courthouse, Southern District of New York, 40 Foley Square, Courtroom 1506, New York, New York 10007, on such day when counsel may be heard, for an Order, pursuant to Fed. R. Civ. Pro. Rule 12(b)(1) and (b)(6), and Rule 9(b), dismissing with prejudice the claims of the Second Amended Complaint of plaintiff GateGuard, Inc. indicated in the accompanying Memorandum of Law, and granting such other and further relief as the Court deems just and proper.

Dated: Bondville, Vermont
       May 22, 2020

**THE ENGEL LAW GROUP, PLLC**

By: _____
       Adam E. Engel

280 Madison Avenue – Suite 705
New York, NY 10016
(212) 665-8095

*Attorneys for Defendants MVI Systems and Samuel Taub*

1