# THE ENGEL LAW GROUP, PLLC

280 Madison Avenue – Suite 705
New York, NY 10016

Telephone: (212) 665-8095　　　Email: aee@elgpllc.com　　　Facsimile: (888) 364-3564

May 29, 2020

**BY ECF**

Hon. Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> Application granted. If Plaintiff requires additional time to respond to the motion in light of this filing error, it should promptly inform the Court.
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> June 1, 2020

　　　　Re:　　*GateGuard, Inc. v. MVI Systems LLC* (19-cv-2472)
　　　　　　　May 22, 2020 Motion to Dismiss of Defendants MVI Systems and Samuel Taub

Dear Judge Abrams,

I represent MVI Systems LLC and Samuel Taub in the above-referenced action and write today regarding our submission of an amended Memorandum of Law in Support of my clients' Motion to Dismiss the Second Amended Complaint, filed May 22, 2020.

First, because I have been dislocated from my office due to the CV-19 pandemic, and have been working remotely in rural Vermont (as indicated in the signature block on our brief), I was initially unable to compile a proper Table of Contents and Table of Authorities for my clients' Memorandum of Law. I have since been able to correct that shortcoming, as reflected in the newly filed amended brief.

Second, and again related in large part to the various dislocations of the parties and their counsel, with whom I coordinated in connection with our respective Motions to Dismiss, one critical point relating to subject matter jurisdiction was omitted from our original brief (Section IV of the newly submitted brief), namely that certain aspects of the Plaintiff's trade secret claims are preempted by federal patent law.

I respectfully request that the Court accept this amended version of our brief, and of course we will accommodate the Plaintiff and its counsel to the extent that they request additional time to respond to my clients' motion.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　Adam E. Engel
　　　　　　　　　　　　　　　　　　　　Attorney for Defendants
　　　　　　　　　　　　　　　　　　　　MVI Systems and Samuel Taub

Cc:　　All Counsel of Record by ECF