```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/4/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GATEGUARD, INC.,

                  Plaintiff,

v.

MVI SYSTEMS LLC and SAMUEL TAUB,

                  Defendants.

No. 19-CV-2472 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    In light of Judge Freeman's order granting Plaintiff leave to file its Third Amended Complaint, Dkt. 100, Defendants' pending motions to dismiss the Second Amended Complaint are denied without prejudice. The Clerk of Court is respectfully directed to terminate the motions at Dkts. 66 and 69.

SO ORDERED.

Dated:    August 4, 2020
             New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge