THE ENGEL LAW GROUP, PLLC
280 Madison Avenue – Suite 705
New York, NY  10016
(212) 665-8095
aee@elgpllc.com

*Counsel for Defendants MVI Systems and Samuel Taub*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GATEGUARD, INC.,<br><br>                    Plaintiff,<br><br>       - against -<br><br>MVI SYSTEMS LLC; SAMUEL TAUB; and MVI INDUSTRIES, LLC<br><br>                    Defendants. | Civil Action No.:  19-cv-02472 (JPC) (DPF)<br><br>**NOTICE OF MOTION**<br><br><br>ORAL ARGUMENT REQUESTED |

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law in Support of Defendant MVI Systems LLC's and Samuel Taub's Motion to Compel Arbitration or, in the Alternative, Dismiss Plaintiff's Claims on Substantive Grounds, and the Declaration of Adam Engel, dated October 16, 2020, and the exhibits thereto, defendants MVI Systems LLC and Samuel Taub will move this Court, before the Honorable John P. Cronan, U.S.D.J., in the United States Courthouse, Southern District of New York, 500 Pearl Street, Courtroom 20C, New York, New York 10007, on such day when counsel may be heard, for an Order, pursuant to Fed. R. Civ. Pro. Rule 12(b)(1) and (b)(6), and Rule 9(b), and the Federal Arbitration Act, compelling Plaintiff to arbitrate this case before the American Arbitration Association or, in the

alternative, dismissing with prejudice each of the claims in the Third Amended Complaint in this action, and granting such other and further relief as the Court deems just and proper.

Dated: Bondville, Vermont
October 16, 2020

**THE ENGEL LAW GROUP, PLLC**

By: _____
Adam E. Engel

280 Madison Avenue – Suite 705
New York, NY  10016
(212) 665-8095

*Counsel for Defendants MVI Systems and Samuel Taub*

2