THE ENGEL LAW GROUP, PLLC
280 Madison Avenue – Suite 705
New York, NY  10016
(212) 665-8095
aee@elgpllc.com

*Counsel for Defendants MVI Systems and Samuel Taub*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GATEGUARD, INC.,<br><br>                    Plaintiff,<br><br>           - against -<br><br>MVI SYSTEMS LLC; SAMUEL TAUB; and MVI INDUSTRIES, LLC<br><br>                    Defendants. | Civil Action No.:  19-cv-02472 (JPC) (DPF)<br><br><br>**NOTICE OF MOTION**<br><br><br>ORAL ARGUMENT REQUESTED |

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law in Support of Defendant MVI Systems LLC's and Samuel Taub's Motion to Stay Discovery Pending the Court's Ruling on the Defendants' Motions to Compel Arbitration, defendants MVI Systems LLC and Samuel Taub will move this Court, before the Honorable Debra Freeman, United States Magistrate Judge, in the United States Courthouse, Southern District of New York, 500 Pearl Street, Courtroom 17A, New York, New York 10007, on such day when counsel may be heard, for an Order pursuant to the Federal Arbitration Act staying discovery in this action until the Court has rendered a decision on the Defendants' motion to compel arbitration, and

granting such other and further relief as the Court deems just and proper.

Dated: Bondville, Vermont
November 13, 2020

**THE ENGEL LAW GROUP, PLLC**

By: _____
Adam E. Engel

280 Madison Avenue – Suite 705
New York, NY 10016
(212) 665-8095

*Counsel for Defendants MVI Systems
and Samuel Taub*