**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GATEGUARD, INC., | |
| *Plaintiff*, | Civil Action No.  1:19-cv-02472- JPC-DCF |
| v. | |
| MVI SYSTEMS LLC; SAMUEL TAUB; MVI INDUSTRIES, LLC, | |
| *Defendants*. | |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff GateGuard, Inc. submits the Supreme Court's recent order in *Henry Schein, Inc. v. Archer & White Sales, Inc.*, 141 S. Ct. 656 (2021) (per curiam).

In this order, the Supreme Court revoked its decision to review *Archer & White Sales, Inc. v. Henry Schein, Inc.*, 935 F.3d 274 (5th Cir. 2019) ("*Schein II*"). Doing so leaves the Fifth Circuit's *Schein II* ruling in place.

*Schein II* is cited in GateGuard's Brief in Opposition to Defendants' Motions to dismiss or compel arbitration. *See* ECF No. 149 at 45-49.

New York, NY
April 15, 2021

RESPECTFULLY SUBMITTED,

*/s/ Ariel Reinitz*
Ariel Reinitz
FISHERBROYLES, LLP
445 Park Avenue, Ninth Floor
New York, NY 10022
(646)494-6909
Ariel.Reinitz@FisherBroyles.com
*Attorneys for Plaintiff*
*GateGuard*