UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GATEGUARD, INC.,<br><br>      *Plaintiff*,<br><br>  v.<br><br>MVI SYSTEMS LLC;<br>SAMUEL TAUB;<br>MVI INDUSTRIES, LLC,<br><br>      *Defendants*. | Civil Action No.  1:19-cv-02472- JPC-DCF |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff GateGuard, Inc. submits the Supreme Court's recent order in *Henry Schein, Inc. v. Archer & White Sales, Inc.*, 141 S. Ct. 656 (2021) (per curiam).

In this order, the Supreme Court revoked its decision to review *Archer & White Sales, Inc. v. Henry Schein, Inc.*, 935 F.3d 274 (5th Cir. 2019) ("*Schein II*"). Doing so leaves the Fifth Circuit's *Schein II* ruling in place.

*Schein II* is cited in GateGuard's Brief in Opposition to Defendants' Motion to stay discovery (ECF No. 140 at 5-9) and in Defendants' Reply in support of their motion (ECF No. 146 at 2 n.2).

New York, NY
April 15, 2021

R<small>ESPECTFULLY</small> S<small>UBMITTED</small>,

*/s/ Ariel Reinitz*
Ariel Reinitz
F<small>ISHER</small>B<small>ROYLES</small>, LLP
445 Park Avenue, Ninth Floor
New York, NY 10022
(646)494-6909
Ariel.Reinitz@FisherBroyles.com
*Attorneys for Plaintiff GateGuard*