# FisherBroyles

**Ariel Reinitz**
*Partner*
FisherBroyles, LLP
445 Park Avenue
Ninth Floor
New York, NY 10022

Ariel.Reinitz@fisherbroyles.com
Direct: 646.494.6909

June 16, 2021

**VIA ECF**

Honorable Debra Freeman
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

      Re:    *GateGuard, Inc. v. MVI Systems LLC; Samuel Taub; MVI Industries, LLC*
              Case No.: 1:19-cv-02472-JPC-DCF

Dear Judge Freeman:

      I represent Plaintiff GateGuard, Inc. and write seeking an extension of time for the parties to file the joint submission initially discussed on April 22, 2021.

      Last week, Defendants received an email from the Court's chambers asking the parties to file their joint submission by today. I was inadvertently not included on the email and only received it late yesterday (June 15, 2021) as a 'forward' from Defendants' counsel.

      As such, I ask that the parties be granted until June 21, 2021 to finalize and file their joint submission. Defendants consent to this request.

                                              Respectfully submitted,
                                              By: /s/ Ariel Reinitz
                                              Ariel Reinitz

cc:    Counsel of Record (via ECF)