# Fisher Broyles

**Ariel Reinitz**
*Partner*
FisherBroyles, LLP
445 Park Avenue
Ninth Floor
New York, NY 10022

Ariel.Reinitz@fisherbroyles.com
Direct: 646.494.6909

June 21, 2021

**VIA ECF**

Honorable Debra Freeman
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

    Re:    *GateGuard, Inc. v. MVI Systems LLC; Samuel Taub; MVI Industries, LLC*
              Case No.: 1:19-cv-02472-JPC-DCF

Dear Judge Freeman:

    I represent Plaintiff GateGuard, Inc. and write seeking a brief further extension of time for the parties to file the joint submission (*see* ECF No. 162).

    The parties have been in touch several times over the past few days regarding this submission and ask that they be granted until June 23, 2021 to finalize it. We appreciate the Court's guidance and continued patience.

                                          Respectfully submitted,
                                          By: /s/ Ariel Reinitz
                                          Ariel Reinitz

cc:    Counsel of Record (via ECF)