# FisherBroyles

**Ariel Reinitz**
*Partner*
FisherBroyles, LLP
445 Park Avenue
Ninth Floor
New York, NY 10022

Ariel.Reinitz@fisherbroyles.com
Direct: 646.494.6909

January 21, 2022

**VIA ECF**

Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *GateGuard, Inc. v. MVI Systems LLC; Samuel Taub; MVI Industries, LLC*
             Case No.: 1:19-cv-02472-JPC-DCF

Dear Judge Cronan:

    I represent Plaintiff GateGuard, Inc. and write seeking an extension of one business day for Plaintiff to file its submission regarding arbitration, as requested by the Court during last week's conference (*see* ECF No. 176).

    The basis for this request is that I have been 'under the weather' for the past several days which has limited my ability to complete Plaintiff's submission.

    I therefore ask the Court's courtesy to extend Plaintiff's deadline to file the referenced submission to Monday (January 24, 2022). I have sought Defendants' consent for this extension but have not yet received their reply.

                           Respectfully submitted,
                           By: /s/ Ariel Reinitz
                           Ariel Reinitz

cc:    Counsel of Record (via ECF)

*This request is granted. Plaintiff shall file its submission regarding arbitration by January 24, 2022.*

*SO ORDERED.*
*Date: January 22, 2022*
*New York, New York*

_____
JOHN P. CRONAN
United States District Judge

---

ATLANTA | AUSTIN | BOSTON | CHARLOTTE | CHICAGO | CINCINNATI | CLEVELAND | COLUMBUS | DALLAS
DENVER | DETROIT | HOUSTON | LONDON | LOS ANGELES | MIAMI | NAPLES | NEW YORK | PALO ALTO
PHILADELPHIA | PRINCETON | SALT LAKE CITY | SEATTLE | WASHINGTON D.C.