UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GATEGUARD, INC.,<br><br>                  Plaintiff,<br><br>-against-<br><br>MVI SYSTEMS LLC, et al.,<br><br>                  Defendants. | Case No. 1:19-cv-02472 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      The Court is in receipt of the parties' joint letter, dated October 21, 2022, filed in response to the Court's September 23, 2022 Reassignment Order. ECF. No. 195. The case is currently stayed pending arbitration. Accordingly, IT IS HEREBY ORDERED that the parties shall update the Court as to the status of arbitration every 45 days, beginning 45 days from the date of this Order.

Dated:  October 24, 2022
          New York, New York

                                                               SO ORDERED.

                                                               *Jennifer Rochon*
                                                               JENNIFER L. ROCHON
                                                                United States District Judge