**Eden P. Quainton**
**Quainton Law, PLLC**
2 Park Avenue, 20th Floor
New York, NY 10016

245 Nassau Street
Princeton, NJ 08540

---

Telephone (212) 419-0575; 609-356-0526
Cell: (202) 360-6296
Email equainton@gmail.com

December 19, 2022

**VIA ECF**
Hon. Jennifer L. Rochon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: GateGuard, Inc. v. MVI Systems LLC et al.
Case No.: 1:19-cv-2472 (JLR)
Joint Arbitration Status Report

Dear Judge Rochon:

     I represent Plaintiff, GateGuard, Inc. ("Plaintiff"), in the above-referenced matter. Together with counsel for MVI Systems LLC ("MVI"), MVI Industries, LLC ("MVII), and Samuel Taub ("Defendants"), I am responding to your Honor's order for a status update (the "Order"). Dkt. 197. Arbitration has been delayed for health reasons affecting counsel for the parties. Counsel for Plaintiff was recently re-hospitalized for a period of 17 days and was discharged from a rehab center on December 14, 2022. Counsel for Defendant was affected by a severe case of Covid-19 for a two-week period. Both counsel are currently healthy and are negotiating a briefing schedule to address certain preliminary matters with arbitrator David A. Lowenstein. The preliminary matters to be addressed are whether the American Arbitration Association has jurisdiction over the arbitration and the allocation of liability for attorneys' fees and arbitration costs. The parties anticipate agreeing on a scope of initial briefing and a briefing schedule no later than December 23, 2022 and will provide a further update to the Court once the schedule has been established.

    December 19, 2022
    New York, NY

Respectfully submitted,

          /s/                                                                /s/
     Eden P. Quainton                                           Adam Engel