# THE ENGEL LAW GROUP, PLLC

280 Madison Avenue – Suite 705
New York, NY 10016

Telephone: (212) 665-8095  Email: aee@elgpllc.com  Facsimile: (888) 364-3564

April 3, 2023

**BY ECF**

Honorable Jennifer L. Rochon
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *GateGuard, Inc. v. MVI Systems LLC; Samuel Taub; MVI Industries, LLC*
              Case No.: 1:19-cv-02472-JLR-DCF

Dear Judge Rochon:

      I represent the Defendants in the above-referenced action, and write today on behalf of the parties to provide their joint status report regarding arbitration.

      The parties have agreed to a briefing schedule for the resolution of threshold issues regarding payment of AAA and arbitrator fees, and the potential impact of a provision in the GateGuard Terms of Service regarding past involvement with Airbnb, as follows:

      Respondent's (MVI) Brief – April 14.
      Claimant's (GateGuard) Opposition Brief – May 5.
      Respondent's Reply Brief – May 19.
      Claimant's Sur-reply, if necessary – June 2.

      The parties will submit further status reports every 45 days as ordered.

Sincerely,

Adam E. Engel
*Counsel for Defendants*

Cc:    All Counsel of Record by ECF