# THE ENGEL LAW GROUP, PLLC

280 Madison Avenue – Suite 705
New York, NY 10016

Telephone: (212) 665-8095   Email: aee@elgpllc.com   Facsimile: (888) 364-3564

July 20, 2023

**BY ECF**

Honorable Jennifer L. Rochon
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *GateGuard, Inc. v. MVI Systems LLC; Samuel Taub; MVI Industries, LLC*
             Case No.: 1:19-cv-02472-JLR-DCF

Dear Judge Rochon:

    I represent the Defendants in the above-referenced action, and write today on behalf of the parties to provide their joint status report regarding arbitration.

    First, I apologize for any delay in submitting this update, but I have been out of the office with a Covid rebound case that was much worse and lasted longer than I anticipated at the outset. The parties are in the process of addressing their dispute regarding threshold issues regarding payment of AAA and arbitrator fees, and the potential impact of a provision in the GateGuard Terms of Service regarding past involvement with Airbnb, with my client's papers to be submitted next week.

                                        Respectfully Submitted,

                                          Adam E. Engel
                                          *Counsel for Defendants*

Cc:    All Counsel of Record by ECF