# THE ENGEL LAW GROUP, PLLC

280 Madison Avenue – Suite 705
New York, NY 10016

Telephone: (212) 665-8095      Email: aee@elgpllc.com      Facsimile: (888) 364-3564

October 4, 2023

**BY ECF**

Honorable Jennifer L. Rochon
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *GateGuard, Inc. v. MVI Systems LLC; Samuel Taub; MVI Industries, LLC*
              Case No.: 1:19-cv-02472-JLR-DCF

Dear Judge Rochon:

      I represent the Defendants in the above-referenced action, and write today on behalf of the parties to provide a joint status report regarding arbitration.

      The parties are in the process of briefing their dispute regarding threshold issues regarding payment of AAA and arbitrator fees, and the potential impact of a provision in the GateGuard Terms of Service regarding past involvement with Airbnb, with my client's papers submitted last week, and GateGuard's papers due in the next few weeks.

                                                                          Respectfully Submitted,

                                                                        Adam E. Engel
                                                                        *Counsel for Defendants*

Cc:    All Counsel of Record by ECF