# THE ENGEL LAW GROUP, PLLC

280 Madison Avenue – Suite 705
New York, NY 10016

Telephone: (212) 665-8095      Email: aee@elgpllc.com     Facsimile: (888) 364-3564

January 2, 2024

**BY ECF**

Honorable Jennifer L. Rochon
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *GateGuard, Inc. v. MVI Systems LLC; Samuel Taub; MVI Industries, LLC*
              Case No.: 1:19-cv-02472-JLR-DCF

Dear Judge Rochon:

    I represent the Defendants in the above-referenced action, and write today on behalf of the parties to provide a joint status report regarding arbitration.

    The parties remain engaged in the process of briefing their dispute regarding threshold issues regarding payment of AAA and arbitrator fees. We filed our moving papers a few weeks ago, GateGuard's opposition papers were filed last week, and my client's reply papers are due on January 12, with any further submissions from GateGuard due on January 19.

                                             Respectfully Submitted,

                                             Adam E. Engel
                                             *Counsel for Defendants*

Cc:    All Counsel of Record by ECF