# THE ENGEL LAW GROUP, PLLC

280 Madison Avenue – Suite 705
New York, NY 10016

Telephone: (212) 665-8095          Email: aee@elgpllc.com          Facsimile: (888) 364-3564

April 8, 2024

**BY ECF**

Honorable Jennifer L. Rochon
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    Arbitration Status Update
               *GateGuard, Inc. v. MVI Systems LLC; Samuel Taub; MVI Industries, LLC*
               Case No.: 1:19-cv-02472-JLR-DCF

Dear Judge Rochon:

      I represent the Defendants in the above-referenced action, and write today on behalf of the parties to provide a joint status report regarding arbitration.

      The parties will finalize briefing their dispute regarding payment of AAA and arbitrator fees by the end of this week, with MVI's final papers due later today, and GateGuard's final papers due at the end of the week.

                                                              Respectfully Submitted,

                                                              Adam E. Engel
                                                              *Counsel for Defendants*

Cc:    All Counsel of Record by ECF