# THE ENGEL LAW GROUP, PLLC

280 Madison Avenue – Suite 705
New York, NY 10016

Telephone: (212) 665-8095     Email: aee@elgpllc.com     Facsimile: (888) 364-3564

July 9, 2024

**BY ECF**

Honorable Jennifer L. Rochon
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    Arbitration Status Update
           *GateGuard, Inc. v. MVI Systems LLC; Samuel Taub; MVI Industries, LLC*
           Case No.: 1:19-cv-02472-JLR-DCF

Dear Judge Rochon:

    I represent the Defendants in the above-referenced action, and write today on behalf of the parties to provide a joint status report regarding arbitration.

    The parties have recently selected a merits arbitrator who has set a date of August 2, 2024 for a preliminary conference.

                                                         Respectfully Submitted,

                                                        Adam E. Engel
                                                        *Counsel for Defendants*

Cc:    All Counsel of Record by ECF