# THE ENGEL LAW GROUP, PLLC

280 Madison Avenue – Suite 705
New York, NY 10016

Telephone: (212) 665-8095     Email: aee@elgpllc.com     Facsimile: (888) 364-3564

July 9, 2024

**BY ECF**

Honorable Jennifer L. Rochon
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

   Re: Arbitration Status Update
     *GateGuard, Inc. v. MVI Systems LLC; Samuel Taub; MVI Industries, LLC*
     Case No.: 1:19-cv-02472-JLR-DCF

Dear Judge Rochon:

  I represent the Defendants in the above-referenced action, and write today on behalf of the parties to provide a joint status report regarding arbitration.

  The parties have recently selected a merits arbitrator who has set a date of August 2, 2024 for a preliminary conference.

               Respectfully Submitted,

               Adam E. Engel
               *Counsel for Defendants*

Cc: All Counsel of Record by ECF

The Court appreciates the parties' timely update. IT IS HEREBY ORDERED that the parties shall update the Court as to the status of the arbitration no later than **October 7, 2024**.

Dated: July 10, 2024
   New York, New York

SO ORDERED.

_____
**JENNIFER L. ROCHON**
**United States District Judge**