# THE ENGEL LAW GROUP, PLLC

280 Madison Avenue – Suite 705
New York, NY 10016

Telephone: (212) 665-8095        Email: aee@elgpllc.com        Facsimile: (888) 364-3564

October 15, 2024

**BY ECF**

Honorable Jennifer L. Rochon
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    Arbitration Status Update
              *GateGuard, Inc. v. MVI Systems LLC; Samuel Taub; MVI Industries, LLC*
              Case No.: 1:19-cv-02472-JLR-DCF

Dear Judge Rochon:

    I represent the Defendants in the above-referenced action, and write today on behalf of the parties to provide a joint status report regarding arbitration.

    The parties selected a merits arbitrator and are engaged in submitting what are essentially pre-motion letters to the arbitrator regarding Defendants' potential motion to dismiss, which should be fully submitted on November 4 under the current schedule.

                                                Respectfully Submitted,

                                                Adam E. Engel
                                                *Counsel for Defendants*

Cc:    All Counsel of Record by ECF