# THE ENGEL LAW GROUP, PLLC

280 Madison Avenue – Suite 705
New York, NY 10016

Telephone: (212) 665-8095　　　Email: aee@elgpllc.com　　　Facsimile: (888) 364-3564

January 22, 2025

**BY ECF**

Honorable Jennifer L. Rochon
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    Arbitration Status Update
              *GateGuard, Inc. v. MVI Systems LLC; Samuel Taub; MVI Industries, LLC*
              Case No.: 1:19-cv-02472-JLR-DCF

Dear Judge Rochon:

      I represent the Defendants in the above-referenced action and write today on behalf of the parties to provide a joint status report regarding arbitration, and apologize for the delay in getting this submitted.

      The parties are in the process of negotiating and submitting proposed dates to the merits arbitrator, which is expected to be finalized and submitted this week.

                                                      Respectfully Submitted,

                                                        Adam E. Engel
                                                        *Counsel for Defendants*

Cc:    All Counsel of Record by ECF