**Eden P. Quainton**

**Quainton Law, PLLC**
2 Park Avenue, 20th Floor
New York, NY 10016

245 Nassau Street
Princeton, NJ 08540

---

Telephone (212) 419-0575; 609-356-0526
Cell: (202) 360-6296
Email equainton@gmail.com

June 16, 2025

Hon. Jennifer L. Rochon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

                Re: *GateGuard, Inc. v. MVI Systems LLC et al.*
                    Case No.: 1:19-cv-2472 (JLR)
                        <u>Status Report</u>

Dear Judge Rochon:

      I represent Plaintiff/Claimant, GateGuard, Inc. in the above-referenced matter. I am submitting this status report pursuant to the Court's most recent order. Dkt. 225.

      I have been in intensive trial preparation for the case of *Eckhart v. Fox News Network, LLC et al.*, 20-cv-5593, for which jury selection was due to begin today. Yesterday, the parties reached a settlement, and Judge Ronnie Abrams so-ordered Plaintiff's stipulation of dismissal with prejudice today. *See* 20-cv-5593, Dkt. 524. As a result, I was unable to coordinate with Mr. Taub, who, to the best of my knowledge, continues to represent himself *pro se*, and has not yet found corporate counsel for MVI Systems LLC. I apologize for not being able to propose next steps today. However, I will address this matter as a matter of top priority tomorrow and will promptly file proposed next steps in accordance with the Court's order.

      Thank you for your consideration.

                                                      Respectfully,

                                                      *Eden P. Quainton*

                                                      Eden P. Quainton