**Eden P. Quainton**

**Quainton Law, PLLC**
2 Park Avenue, 20th Floor
New York, NY 10016

245 Nassau Street
Princeton, NJ 08540

---

Telephone (212) 419-0575; 609-356-0526
Cell: (202) 360-6296
Email equainton@gmail.com

June 23, 2025

Hon. Jennifer L. Rochon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *GateGuard, Inc. v. MVI Systems LLC et al.*
Case No.: 1:19-cv-2472 (JLR)
<u>Status Report</u>

Dear Judge Rochon:

    I represent Plaintiff/Claimant, GateGuard, Inc. ("Plaintiff") in the above-referenced matter. I am submitting this status report pursuant to the Court's most recent order. Dkt. 227.

    As Plaintiff previously advised the Court, the American Arbitration Association ("AAA") has dismissed the arbitration case referred to the AAA in connection with the above-captioned matter as a result of non-payment of fees by Defendants/Respondents MVI Systems, LLC ("MVI") and Samuel Taub ("Mr. Taub"). I have spoken with Mr. Taub, and we had agreed to pursue settlement for a period of no more than 21 days from the date hereof, subject to Court approval. I had advised Mr. Taub that if settlement discussions were unsuccessful, Plaintiff would seek all available remedies before this Court and Mr. Taub advised me that Defendants did not have the resources to retain counsel or pursue litigation and would act accordingly in the event of further proceedings.

    However, I will be moving to withdraw as counsel because an irreconcilable breakdown in communication has occurred between counsel and client, such that continued representation is no longer tenable and would materially impair counsel's ability to provide effective representation. In order to permit Plaintiff to obtain new counsel, I will respectfully request that the matter remain stayed for an additional 90 days.

    The motion to withdraw will be filed shortly.

                                       Respectfully,

                                       *Eden P. Quainton*
                                       Eden P. Quainton