UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GATEGUARD, INC., <br><br>       Plaintiff, <br><br>-against- <br><br>MVI SYSTEMS LLC, et al., <br><br>       Defendants. | Case No. 1:19-cv-02472 (JLR) <br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  For the reasons stated on the record at today's hearing, the Court GRANTS the motion of Mr. Eden P. Quainton to withdraw as counsel for Plaintiff GateGuard, Inc. Dkts. 229, 230. The Clerk of Court is respectfully directed to terminate the motions at Dkts. 229 and 230.

  The Court will provide GateGuard until **October 6, 2025** to retain new counsel. GateGuard, as a corporation, is reminded, as it was informed during today's hearing, that it cannot proceed *pro se*. *See Steadman v. Citigroup Glob. Mkts. Holdings Inc.*, 592 F. Supp. 3d 230, 244 (S.D.N.Y. 2022). GateGuard's new counsel shall file a notice of appearance on the docket by October 6, 2025. The Court will hold a status conference on **October 15, 2025** at **10:00 a.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

  During this time, and by separate order, the Court shall refer the matter to mediation to determine whether a consensual resolution can be reached.

Dated: July 8, 2025
   New York, New York

                       SO ORDERED.

                       *Jennifer Rochon*
                       JENNIFER L. ROCHON
                       United States District Judge