UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GATEGUARD, INC., <br><br> Plaintiff, <br><br> -against- <br><br> MVI SYSTEMS LLC et al., <br><br> Defendants. | Case No. 1:19-cv-02472 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

IT IS HEREBY ORDERED that counsel for Defendants MVI Systems LLC, Samuel Taub, and MVI Industries, LLC, contact Ari Teman, a representative of Plaintiff GateGuard, Inc., to determine whether mediation through the Court-Annexed Mediation Program would be productive. If so, the parties must contact the Mediation Program by **August 4, 2025**. If no contact is made by that time, the Court will withdraw the mediation referral.

In addition, representations have been made to the Court that Defendants recently terminated their counsel, Adam Engel, in the arbitration proceeding. Dkt. 224; Dkt. 224-2 at 2 (email from Defendant Taub to Plaintiff's former counsel representing that Taub is "not currently represented by counsel"). However, no motion to withdraw has been made before this Court as required. Counsel for Defendants are directed to file a letter not to exceed three (3) pages on or before **July 28, 2025**, indicating the status of Defendants' representation.

Dated: July 22, 2025
      New York, New York

SO ORDERED

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge