# THE ENGEL LAW GROUP, PLLC

280 Madison Avenue – Suite 705
New York, NY 10016

Telephone: (212) 665-8095 　　　Email: aee@elgpllc.com　　　Facsimile: (888) 364-3564

July 22, 2025

**BY ECF**

Honorable Jennifer L. Rochon
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

  Re: Request to Withdraw as Counsel for All Defendants
    *GateGuard, Inc. v. MVI Systems LLC; Samuel Taub; MVI Industries, LLC*
    Case No.: 1:19-cv-02472-JLR-DCF

Dear Judge Rochon:

  I currently represent the Defendants in the above-referenced action and write in response to the Court's directive earlier today.

  As has been previously represented to the Court, the Defendants Samuel Taub, MVI Systems, and MVI Industries have opted to proceed *pro se* in the AAA arbitration, and have also consented to my withdrawal as their counsel in this Court, and our attorney-client relationship has otherwise been fully and completely terminated.

  I therefore request leave to withdraw from this case on behalf of all Defendants, and that Mr. Taub and the two corporate Defendants be given a reasonable opportunity to obtain new counsel.

              Respectfully Submitted,

              Adam E. Engel
              *Counsel for Defendants*

Cc: All Counsel of Record by ECF
   Defendant Samual Taub by email at Samuel.T@mvisystems.com (the email address we have used during the course of our engagement and since termination)
   Plaintiff Ari Teman by email at Ari@Teman.com (the email used by Mr. Teman's outgoing counsel, Eden Quainton, for service of Mr. Quainton's motion to withdraw (Dkt. #230)