UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GATEGUARD, INC.,

                    Plaintiff,

-against-

MVI SYSTEMS LLC, et al.,

                    Defendants.

Case No. 1:19-cv-02472 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    For the reasons stated on the record at today's hearing, the Court GRANTS the motion of Mr. Adam E. Engel to withdraw as counsel for Defendants MVI Systems LLC, Samuel Taub, and MVI Industries, LLC. Dkt. 240. The Clerk of Court is respectfully directed to close the motion at Dkt. 240.

    The Court will provide Defendants until **October 6, 2025** to retain new counsel. MVI Systems, LLC and MVI Industries, LLC, as corporations, are reminded that they cannot proceed *pro se*. *See Steadman v. Citigroup Glob. Mkts. Holdings Inc.*, 592 F. Supp. 3d 230, 244 (S.D.N.Y. 2022). Defendants' new counsel shall file a notice of appearance on the docket by October 6, 2025.

    It is further ORDERED that Defendant Samuel Taub shall forthwith file a *pro se* notice of appearance, if he wishes to continue to appear *pro se* in this matter, available at: https://www.nysd.uscourts.gov/sites/default/files/2018-06/Notice%20of%20Prose%20Appearance.pdf. Defendant Taub may contact the *Pro Se* Legal Assistance Clinic available to self-represented parties in civil cases for legal assistance. The Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the *Pro Se* Intake Unit). The

City Bar Justice Center can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). The District Court's website also contains useful information regarding the litigation process for parties who are proceeding *pro se*, which is available at: https://www.nysd.uscourts.gov/prose.

      Finally, the Court previously ordered the parties to contact the Court-Annexed Mediation Program by August 4, 2025, to determine whether mediation would be productive. Dkt. 239. The Court extends the deadline for the parties to contact the Mediation Program to **August 31, 2025**. The parties are reminded that they can find information about the Mediation Program, including contact information, at https://www.nysd.uscourts.gov/programs/mediation-adr.

Dated: August 1, 2025
       New York, New York

                                          SO ORDERED.

                                          *Jennifer Rochon*
                                          JENNIFER L. ROCHON
                                          United States District Judge