UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GATEGUARD, INC.,

                                        Plaintiff,

                    -against-

MVI SYSTEMS LLC et al.,

                                        Defendants.

Case No. 1:19-cv-02472 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

        The Court is in receipt of *pro se* Defendant Samuel Taub's letter dated September 22,

2025.  Dkt. 246.  That letter contains notes about recent discussions with the mediator.  *See id.*

Because mediation statements are confidential, as set forth in the Southern District of New

York's Mediation Program Procedures, the Court ORDERS that the viewing restrictions for that

docket entry be set to case participants only.  The parties are admonished not to disclose

statements made during mediation in any future filings in light of their confidentiality, unless

they fall into one of the limited exceptions set forth in the S.D.N.Y. Mediation Program's

Procedures at Rule 2(b).

        The Clerk of Court is respectfully directed to change the viewing restrictions for Dkt. 246

to case participants only.

Dated: October 1, 2025
        New York, New York

                                        SO ORDERED

                                        *Jennifer Rochon*
                                        JENNIFER L. ROCHON
                                        United States District Judge