<div align="right">
Samuel S. Taub<br>
2607 Nostrand Avenue<br>
Brooklyn, NY 11210
</div>

<div align="center">October 9, 2025</div>

**VIA ECF**

United States District Court, Southern District of New York
Daniel Patrick Moynihan, United States Courthouse
Hon. Jennifer L. Rochon, U.S.D.J.
500 Pearl St. New York, NY 10007

   Re:  *GateGuard, Inc. v. MVI Systems, LLC et al.*,
   Docket No.: 1:19-cv-02472

Dear Judge Rochon,

  I write as a follow up to my letter dated September 22, 2025. As the Court will recall, I am a named Defendant in the above-referenced case, and I am representing myself, *pro se,* in this litigation. In my previous letter, I explained the circumstances of this case and moved to preclude Mr. Ari Teman, the sole proprietor of plaintiff GateGuard, Inc., from appearing or writing to the court in connection with this case because he is a fugitive of the United States. Dkt. No. 246. I also moved to dismiss this case in the event that no appearance of counsel on behalf of the Plaintiff, GateGuard, Inc., by the date ordered by the Court, October 6, 2025. Dkt. 237. That date has come and gone, and GateGuard, Inc. has not appeared through counsel. I therefore move to dismiss all claims in this case based on Plaintiff's failure to prosecute and to comply with a Court Order. In the alternative, I move to dismiss all claims in this case for the reasons articulated by my former counsel in their briefings at Dkt. Nos. 118, 120, and 154.

<div style="margin-left: 50%;">
Respectfully submitted<br>
/s/ *Samuel S. Taub*<br>
*Pro Se* Defendant
</div>