Samuel S. Taub<br>
2607 Nostrand Avenue<br>
Brooklyn, NY 11210

October 22, 2025

**VIA ECF**
United States District Court, Southern District of New York
Daniel Patrick Moynihan, United States Courthouse
Hon. Jennifer L. Rochon, U.S.D.J.
500 Pearl St.
New York, NY 10007

      Re: *GateGuard, Inc. v. MVI Systems, LLC et al.*,
      Docket No.: 1:19-cv-02472

Dear Judge Rochon,

    I write *pro se* to very briefly oppose the letter-motion filed today by Mr. Teman, a non-attorney, seeking to reinstate this dismissed action on behalf of his company, GateGuard. Mr. Teman is not an attorney, and therefore cannot "move" this Court for relief on behalf of anyone other than himself. But more importantly, for the reasons stated in my September 22, 2025 letter, Dkt. 247, the Court should strike this letter pursuant to the Fugitive Disentitlement Doctrine.

    As predicted in my prior letter, Mr. Teman has now appeared before this Court despite being barred from appearing before any court in the United States during his fugitivity. *Teman v. United States of America,* Index. No. 1:25-cv-05424, Dkt. No. 11 ("Teman qualifies as a 'fugitive' whom Second Circuit case law bars from seeking judicial relief."); *United States v. Teman,* 1:19-cr-00696 (September 10, 2025)("Teman's motion cannot be considered for a threshold reason: ***he is a fugitive.*** . . . ***As such, the fugitive disentitlement doctrine applies to him***."). Subsequent to my previous letter, Judge Engelmeyer entered yet another order, on October 10, 2025, reiterating that Teman remains a fugitive. *Id.* at Dkt. No. 578 ("ORDER as to Ari Teman: Defendant Ari Teman is presently a fugitive, having refused to return, as ordered, from Israel to complete his term of supervised release. Teman today filed a letter on the docket of this case, asking the Court to stay his fugitive status, claiming that this status is deterring a friend from lending Teman money to assist with urgent medical expenses. There is no need to stay the Court's well-founded determination that Teman is a fugitive."). Indeed, Mr. Teman's own letter motion, in the signature line beneath his name, confirms that he remains today in "Tel Aviv, Israel." Dkt. 251, p. 3.

    For these reasons and those previously articulated, I respectfully ask that the Court strike Mr. Teman's letter from the docket and/or deny his motion in its entirety as baseless and frivolous.

Respectfully submitted,<br>
<u>/s/ Samuel Taub</u><br>
Samuel Taub, *pro se*