UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GATEGUARD, INC.,

                              Plaintiff,

              -against-

MVI SYSTEMS LLC et al.,

                              Defendants.

Case No. 1:19-cv-02472 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court dismissed this case on October 10, 2025, because Plaintiff, GateGuard, Inc., a corporation, failed to retain counsel as ordered by the Court on July 8, 2025.  Dk. 250.  On October 22, 2025, Plaintiff, through its authorized representative Ari Teman, a non-attorney, filed a motion to reinstate the case.  Dkt. 251.  Plaintiff, a corporate entity, cannot proceed *pro se* and the motion to reinstate the case, Dkt. 251, is therefore DENIED.  *See Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202 (1993) ("[A] corporation may appear in the federal courts only through licensed counsel."); *Lattanzio v. COMTA*, 481 F.3d 137, 139 (2d Cir. 2007) (denying a motion to reinstate an unrepresented company's appeal because *pro se* individual could not represent his corporate entity); *Steadman v. Citigroup Glob. Mkts. Holdings Inc.*, 592 F. Supp. 3d 230, 244 (S.D.N.Y. 2022) ("If a pro se corporate entity fails to secure counsel, despite ample notice of its need to do so, it will be deemed to have defaulted.").

The Clerk of Court is respectfully requested to terminate the motion at Dkt. 251.

Dated: October 23, 2025
          New York, New York

                              SO ORDERED.

                              *Jennifer Rochon*
                              JENNIFER L. ROCHON
                              United States District Judge