AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| GateGuard, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-cv-02472-JLR |
| MVI Systems, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

GateGuard, Inc.                                                                                      .

Date:   10/31/2025

/s/ James Malachy Meaney
*Attorney's signature*

James Malachy Meaney (JM8611)
*Printed name and bar number*
27 Fairview Street
Huntington, New York 11743

*Address*

james@meaney.law
*E-mail address*

(631) 566-4205
*Telephone number*

*FAX number*