UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GATEGUARD INC., <br><br>                          Plaintiff,<br><br>- against -<br><br>MVI SYSTEMS LLC, SAMUEL TAUB, and MVI INDUSTRIES, LLC,<br><br>                          Defendants. | Case No.: 1:19-cv-02472-JLR<br><br>**NOTICE OF MOTION FOR RELIEF PURSUANT TO FRCP 60 AND 6** |

**PLEASE TAKE NOTICE** that upon the Memorandum of Law in Support and the Declaration of Ari Teman in Support, plaintiff GateGuard, Inc. ("Plaintiff") will move this Court, before the Hon. Jennifer L. Rochon, U.S.D.J., in Room 20B, United States Courthouse, 500 Pearl St., New York, NY 10007, on a date and at a time to be designated by the Court, for an Order: (a) pursuant to Federal Rule of Civil Procedure 60(b), vacating the Order of the Court, dated October 9, 2025 (Dkt. 250), which dismissed this action for Plaintiff's failure to appear with substitute counsel by the Court's designated deadline; (b) pursuant to Federal Rule of Civil Procedure 6, enlarging, *nunc pro tunc*, Plaintiff's time to appear with substitute counsel; and (c) granting such other and further relief as is right and proper.

Dated: December 11, 2025

                                                        **FRYMAN PC**

                                    By:   */s David Yeger*
                                          David Fryman, Esq.
                                          dfryman@frymanpc.com
                                          David Yeger, Esq.
                                          dyeger@frymanpc.com
                                          10 E. Merrick Rd., Ste. 304
                                          Valley Stream, New York 11580
                                          (516) 714-4147

                                          *Attorneys for Plaintiff*

To:   Clerk of Court
      All Counsel of Record (via ECF)
      Defendant pro se Samuel Taub (via ECF)

Case 1:19-cv-02472-JLR    Document 258    Filed 12/11/25    Page 2 of 2